No. 1045. EDWARD A. KUEHMSTED, PETITIONER, *v.* FARBENFABRIKEN OF ELBERFELD COMPANY.   May 29,

1911.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. John G. Elliott* for the petitioner.   *Mr. Livingston Gifford* and *Mr. Anthony Gref* for the respondent.

---

